UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:13-00056 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 1349 |
| (1) CHRISTOPHER ANDREW WILCOX, | ) | 18 U.S.C. § 1344 |
|     A/K/A "Paul" | ) | 18 U.S.C. § 1028A(a)() |
| | ) | 18 U.S.C. § 2 |
| (2) RICARDO RONODEAN MITCHELL, II, | ) | |
|     A/K/A "Rico" | ) | |
| | ) | |
| (3) DWAYNE DONTON WILSON, | ) | |
|     A/K/A "Wayne" | ) | |
| | ) | |
| (4) PARRISH ANTONIO ROBERTS | ) | |
|     A/K/A "P" and "Turtle" | ) | |
| | ) | |
| (5) JILLIAN BYSONG | ) | |

## SEALED ORDER

This matter comes before the Court on the Government's Motion to Seal the Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

WILLIAM J. HAYNES
Chief United States District Judge

Dated: 3-28-13