UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:13-CR-00056 |
| v. ) | |
| ) | Magistrate Judge Bryant |
| CHRISTOPHER ANDREW WILCOX ) | |
| a/k/a "PAUL" ) | |
| ) | |
| PARRISH ANTONIO ROBERTS ) | |
| a/k/a "P" and "TURTLE ) | |
| ) | |
| JILLIAN BYSONG ) | |

## MOTION TO PARTIALLY UNSEAL THE INDICTMENT

Comes now the United States and requests the indictment in this case be unsealed as to defendants [1] Christopher Andrew Wilcox, a/k/a "Paul," Parrish Antonio Roberts, a/k/a "P," and "Turtle," and Jillian Bysong. These defendants have all been arrested on the indictment.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*/s Scarlett M. Singleton*
SCARLETT M. SINGELTON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

*John Bryant*
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE