UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 3:13-00056
                                  )          JUDGE CAMPBELL
CHRISTOPHER ANDREW WILCOX, et al.  )

ORDER

The Court attempted to hold a status conference in this case on July 15, 2013, but attorney Kenneth D. Quillen, counsel for Defendant Mitchell, did not attend. Accordingly, the Court cancelled the status conference. On or before July 22, 2013, Mr. Quillen shall file a notice explaining his absence.

All parties shall file a statement on or before July 22, 2013 indicating whether they intend to go to trial on August 6, 2013.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE