UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00056 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER WILCOX, et al. | ) | |

ORDER

Pending before the Court is Defendant Wilson's Motion to Excuse Defendant's Presence (Docket No. 80). Through the Motion, Defendant Wilson requests that his presence be excused at the pretrial conference scheduled for November 21, 2013. By contemporaneous Order the trial and pretrial conference in this case have been continued. Accordingly, the Motion is DENIED as moot.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE